**EXHIBIT 6**

# EXHIBIT 6

**EXHIBIT 6**

**EXHIBIT 6**

January 26, 2021

City, Freedom of Information/Privacy Acts Office Via E-mail
U.S. Small Business Administration
409 Third St. SW, Eighth Floor
Washington, D.C., 20416
Attn: FOIA@sba.gov

To Whom it May Concern,

Pursuant to the Freedom of Information Act, I respectfully request the following records:

1. A copy of any applications for Paycheck Protection Program ("PPP") loans by the Michigan Education Association ("MEA") and Michigan Education Special Services Association ("MESSA"). For your convenience, the following information may assist in your search:

    a. MEA's NAICS number is 813930, and its underlying lender was Comerica Bank. Its application was made on April 29, 2020. The MEA's EIN is 39-0827000.

    b. MESSA's NAICS number is 524210, and its underlying lender was Comerica Bank. Its application was made on April 28, 2020. MESSA's EIN is 38-1641634.

2. Any documents in SBA's possession which demonstrate that MEA and MESSA are eligible for PPP funding, despite being 501(c)(5) and 501(c)(9) organizations respectively.

3. Any documents in SBA's possession which demonstrate that MEA's and MESSA's eligibility for PPP funding was not independently reviewed by the SBA.

4. Any documents provided to SBA that attest to MEA and MESSA maintain the non-profit status required to be eligible for PPP funding.

Please provide these records in an electronic format, to the e-mail address listed below my signature.

If the documents I have requested are not disclosable in their entirety, I request that you release all nonexempt portions of the documents that may be segregated and all parts of the documents that can be rendered disclosable by redaction. As to any portion of the documents that you withhold, please state with specificity the legal and factual basis for withholding such portion, as well as the nature of the information being withheld. Further, if no responsive documents exist for a particular

portion of this request, please clearly identify which portions of this request have been denied for that reason.

As a member of the news media, I respectfully request that search fees and review fees be waived. If fees are not waived in their entirety, please contact me if the total cost of this request will exceed $500.00. I am willing to pay appropriate statutory fees to the extent a fee exemption is not applicable. I can be reached at 989-698-1955.

Sincerely,

Tom Gantert, Managing Editor of Michigan Capital Confidential
104 West Main Street
Gantert@mackinac.org