UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA, *ex rel*
MACKINAC CENTER FOR PUBLIC
POLICY,

    Plaintiff,

v.

MICHIGAN EDUCATION
ASSOCIATION, et al.,

    Defendants.
_____/

Case No. 1:22-cv-28

Hon. Hala Y. Jarbou

**FILED UNDER SEAL**

## NOTICE OF IMPENDING DISMISSAL

The court records indicate that more than 60 days have passed from the filing of the above complaint and the United States of America has not been served. This notice serves to inform Plaintiff Mackinac Center for Public Policy that the action shall be dismissed without prejudice, unless Plaintiff Mackinac Center for Public Policy completes service of process within 90 days after the filing of the complaint, in accordance with Fed. R. Civ. P. 4(m).

Dated: April 4, 2022

/s/ Hala Y. Jarbou
HALA Y. JARBOU
UNITED STATES DISTRICT JUDGE