UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA, *ex rel.*
MACKINAC CENTER FOR PUBLIC
POLICY,

    Plaintiff,

v.

MICHIGAN EDUCATION
ASSOCIATION, et al.,

    Defendants.

_____/

Case No. 1:22-cv-00028

Hon. Hala Y. Jarbou
Chief United States District Judge

**FILED *EX PARTE* AND UNDER SEAL**

## ORDER

The United States having intervened in this action, for purposes of settlement, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), the Court rules as follows:

IT IS ORDERED that,

1.     The Complaint shall be unsealed;

2.     The following pleadings shall remain under seal and not be made public or served upon the Defendants, as 31 U.S.C. § 3730(b)(3) expressly authorizes these *in camera* filings to apprise the Court alone of the Government's investigation:

    a.     Memorandum of Law in Support of the United States of America's *Ex Parte* Application for a One-Hundred-and-Eighty-Day Extension of Time To Consider Election To Intervene (June 1, 2022);

    b.     Memorandum of Law in Support of the United States of America's *Ex Parte* Application for Partial Lifting of the Seal (June 8, 2022);

    c.     Memorandum of Law in Support of the United States of America's *Ex Parte* Application for an Additional Forty-Five-Day Extension

of Time To Consider Election To Intervene (November 30, 2022); and

      d.    Memorandum of Law in Support of the United States of America's *Ex Parte* Application for an Additional Ninety-Day Extension of Time To Consider Election To Intervene (January 12, 2023).

3.    The seal shall be lifted on all other contents of the Court's file and all maters occurring in this action after the date of this Order.

IT IS SO ORDERED, this 3rd day of March, 2023.

          /s/ Hala Y. Jarbou
          HALA Y. JARBOU
          Chief United States District Judge